NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARTHA JACOBS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5143

---

Appeal from the United States Court of Federal Claims in 09-CV-146, Chief Judge Emily C. Hewitt.

---

## ON MOTION

---

## ORDER

Martha Jacobs submits an order of the United States District Court for the District of South Carolina which she states is a motion to proceed in forma pauperis. We treat the document as a motion to proceed in forma pauperis.

Jacobs' appeal from a decision of the United States Court of Federal Claims was dismissed by this court on August 19, 2010 for failure to pay the docketing fee. The time to request reconsideration of that dismissal has

passed. Fed. Cir. R. 45(a). Jacobs has not paid the docketing fee or submitted a motion for leave to proceed in forma pauperis on this court's form. The district court order does not establish entitlement to in forma pauperis status in this court in an appeal of a different decision, i.e., a decision of the Court of Federal Claims.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 2 2 2010
_____
Date

/s/ Jan Horbaly___
Jan Horbaly
Clerk

cc: Martha Jacobs
    Steven K. Uejio, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 2 2010

JAN HORBALY
CLERK